Lymon BOSWELL, d/b/a Boswell Sand & Gravel, Appellant,

v.

CLARK LEASING CORPORATION, Appellee.

No. 20228.

United States Court of Appeals
Fifth Circuit.

Nov. 19, 1963.

Sam Earl Esco, Jr., Selma Ala., for appellant.

Frank J. Dishuck, Tuscaloosa, Ala., Perry Hubbard, Clement, Rosen, Hubbard & Waldrop, Dishuck & Dishuck, Tuscaloosa, Ala., for appellee.

Before TUTTLE, Chief Judge, JONES, Circuit Judge, and JOHNSON, District Judge.

PER CURIAM.

The appellant, seeking the reversal of a judgment against him in a diversity action, makes two assignments of error;

first, that the jurisdictional amount was not present, and second, that the court erroneously increased the judgment by adding the amount of an attorney's fee. We find no merit in either of the contentions. The judgment of the district court is

Affirmed.

William J. MORGAN and Antonia B. Morgan, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9035.

United States Court of Appeals
Fourth Circuit.

Argued Nov. 6, 1963.

Decided Nov. 11, 1963.

William J. Morgan, pro se.

Alan D. Pekelner, Atty., Dept. of Justice (Louis F. Oberdorfer, Asst. Atty. Gen., and Joseph M. Howard, Atty., Dept. of Justice, on brief), for respondent.

Before HAYNSWORTH and BRYAN, Circuit Judges, and BUTZNER, District Judge.

PER CURIAM.

Careful consideration of this petition for review of a decision of the Tax Court of the United States brings us to the conviction that the Tax Court correctly found that the contested tax deficiencies had been properly assessed by the Commissioner. The decision of the Tax Court is affirmed for the reasons stated in its memorandum opinion filed November 28, 1962.

Affirmed.